■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELINA FIGUEROA, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Colabella, J.), rendered July 2, 1986, convicting her of manslaughter in the first degree and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt and to disprove the proffered defense of justification, assuming that defense had been adequately established, beyond a reasonable doubt. Thus, the defendant's contention that the evidence was legally insufficient to support the trial court's verdict is without merit. Brown, J. P., Eiber, Harwood and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN GELLEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered June 20, 1988, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed.

It appears that the defendant is not currently incarcerated or under parole supervision. All efforts by assigned appellate counsel to locate the defendant have been unsuccessful, and the defendant has not contacted his attorney in over a year. The defendant has thus demonstrated a lack of interest in the appeal. Accordingly, the appeal is dismissed as abandoned *(see, People v Jinks,* 140 AD2d 371). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.